**Opinion issued July 28, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00408-CV

———————————

### IN RE JOSEPH ANDRE DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Joseph Andre Davis, acting pro se, has filed a petition for writ of mandamus regarding an underlying suit affecting the parent-child relationship.[1] We **deny** the petition. We dismiss the motion to stay filed in conjunction with the petition as moot.

### PER CURIAM

Panel consists of Justices Jennings, Bland, and Brown.

---

[1] The underlying case is *In the Interest of J.A.D., a Child*, cause number 2014-58410, pending in the 245th District Court of Harris County, Texas, the Honorable Roy L. Moore presiding.